**EXHIBIT 2:** INFRINGEMENT

URL: https://www.facebook.com/watch/?v=1613605172337391

